IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal Case No. 3:15cr191-003

CHARLES D. HALDERMAN,

Defendant.

## ORDER

This matter is before the Court on the Petition on Supervised Release. (ECF No. 140.) At the August 24, 2022 Hearing in this matter, Mr. Halderman entered a plea of GUILTY and was found GUILTY of violating the terms and conditions of his supervised release in the Petition on Supervised Release. Therefore, Mr. Halderman's term of supervised release is hereby REVOKED.

Mr. Halderman is remanded to the custody of the Bureau of Prisons for a term of FIFTEEN (15) MONTHS imprisonment TO BE SERVED CONSECUTIVE to the imprisonment imposed in Case No. 3:22cr24.

Upon release from imprisonment, there will be no term of supervised release to follow.

It is SO ORDERED.

Date: 8/31/2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge