Prob 12A (10/16)
VAE (9/19)

**UNDER SEAL**

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Robert C. Doyle     Docket No. 3:15CR00191-001

### Petition on Supervised Release

COMES NOW David A. Fish, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Robert C. Doyle, who was placed on supervision by the Honorable James. R. Spencer, Senior United States District Judge sitting in the Court at Richmond, Virginia, on the 4th day of May, 2016, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Attachments(s)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**It is hereby ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

**Bond Recommendation: No bond**

**ORDER OF COURT**

Considered and ordered this 28 day of October, 2024 and ordered filed and made a part of the records in the above case.

/s/
M. Hannah Lauck
United States District Judge

M. Hannah Lauck
United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 10/28/2024

David A. Fish
Supervising U.S. Probation Officer

Place Richmond, Virginia

**TO CLERK'S OFFICE**

**Petition on Supervised Release**
Page 2
RE: Doyle, Robert C.

OFFENSE: Conspiracy to Affect Commerce by Robbery, in violation of 18 U.S.C. § 1951(a), a Class C Felony; and Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g)(1) and 2, a Class C Felony.

SENTENCE: 210 months imprisonment, followed by 3 years supervised release, and pay a $200 special assessment. On November 28, 2017, his term of imprisonment was reduced to 84 months imprisonment; all other aspects of the Judgment remained the same.

SPECIAL CONDITIONS:

1. The defendant shall pay the balance owed on any court-ordered financial obligations in monthly installments of not less than $25, starting 60 days after supervision begins until paid in full.

2. The defendant shall provide the probation officer access to any requested financial information.

3. The defendant shall participate in a program approved by the United States Probation Officer for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation officer.

4. The defendant shall have no contact with persons the defendant knows or reasonably should know to be a current or former member, or associate, of the Aryan Brotherhood/White Supremist or any and all gangs, unless granted permission to do so by the probation officer.

5. The defendant shall submit his or her person, property, house, residence or vehicle to a search conducted by a United States Probation Officer to determine compliance with the conditions listed in the judgment (condition added on December 15, 2020).

ADJUSTMENT TO SUPERVISION: Mr. Doyle's Supervised Release commenced on February 25, 2022, in the Middle District of Florida. As such, he is being supervised by Officer Ashley Sears in Tampa, Florida. Mr. Doyle is scheduled to terminate supervision on February 24, 2025. On October 08, 2024, Mr. Doyle was arrested by the Marion County Sheriff's Office for two counts of Battery-Domestic Violence (M1) and one count of Criminal Mischief (F3). He was subsequently granted bail in the amount of $3,000 with special conditions to include among other things, no direct or indirect contact with the victim. However, on October 9, 2024, while incarcerated, Mr. Doyle was re-arrested for violating the conditions of his pre-trial release. No other violations were noted to have occurred while he was on supervised release.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:**     **COMMISSION OF A CRIME – MISDEMEANOR BATTERY-DOMESTIC VIOLENCE (2 COUNTS), AND FELONY CRIMINAL MISCHIEF (1 COUNT)**

On October 08, 2024, Mr. Doyle was arrested by the Marion County Sheriff's Office for two counts of Battery-Domestic Violence (M1) and one count of Criminal Mischief (F3). Reportedly, Mr. Doyle had been drinking alcohol throughout the day, and got into a verbal argument with his paramour. After the victim poured his

**Petition on Supervised Release**
**Page 3**
**RE: Doyle, Robert C.**

alcohol out, Mr. Doyle became enraged, and began breaking bottles and slamming doors at the residence. While attempting to retreat, he slammed the victim's wrist in the door and grabbed and shook her. As the victim called law enforcement, Mr. Doyle took her phone, broke it, and left the residence. After being contacted by law enforcement, he returned to the residence and was subsequently arrested. As stated above, he was subsequently granted bail in the amount of $3,000 with special conditions to include among other things, no direct or indirect contact with the victim.

On October 9, 2024, while incarcerated, Mr. Doyle was re-arrested for violating the conditions of his pre-trial release. According to the police report, he contacted his parents on two separate occasions and asked them to relay messages to the victim, knowing he had a no contact order. His parents subsequently contacted the victim that same day and relayed the requested information. Specifically, one of the messages that he requested be relayed to the victim was "that his bond is $3,000 and to bring it before the storm arrives." As of the writing of this petition, Mr. Doyle remains incarcerated.

DAF