IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                          Criminal Case No. 3:15cr191-1

ROBERT C. DOYLE,

        Defendant.

## ORDER

This matter comes before the Court on the Petition on Supervised Release (the "Petition"), (ECF No. 156), and the Addendum to the Petition on Supervised Release (the "Addendum"), (ECF No. 160). On June 3, 2025, the Court held a hearing regarding the Petition and the Addendum. During the hearing, the Court noted that due to the retroactive change in the Sentencing Guidelines altering what was formerly § 4A1.1(d) and inserting § 4A1.1(e), Mr. Doyle's total criminal history points are reduced from 17 to 16. The Court further noted that Mr. Doyle's criminal history category of six remains unchanged.

Mr. Doyle entered a plea of guilty and was found guilty of the alleged violations in the Petition and the Addendum. Therefore, the Court REVOKED Mr. Doyle's term of supervised release.

For the reasons stated from the bench, the Court sentenced Mr. Doyle to a term of FOURTEEN (14) MONTHS imprisonment, with credit for time served. Upon release from imprisonment, there will be no term of supervised release to follow.

The Court remanded Mr. Doyle to the custody of the United States Marshals Service at the conclusion of the Revocation Hearing. The Court recommends to the Bureau of Prisons that Mr. Doyle be designated to FCI Butner.

It is SO ORDERED.

Date: 6/4/25
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge